ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 2011

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JUAN MATIAS LINO-GOMEZ, | § | |
| Movant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-10-232 |
| | § | (CRIM. NOS. B-08-690 & B-08-903) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that Movant Juan Matias Lino-Gomez's Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 is hereby DENIED and the action is hereby DISMISSED.

DONE at Brownsville, Texas this ____5____ day of ___October___ 2011.

Hilda G. Tagle
United States District Judge